**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

vs                                 CASE NO: 3:99cr113/LAC

MARVIN BERNARD ROSS,
        Defendant.
_____/

ORDER REDUCING SENTENCE

      Defendant seeks a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) claiming that the two level enhancement in Counts 1 and 2 is now prohibited by Amendment 599 to the Sentencing Guidelines (doc 91).  This Court agrees and determines that the defendant's total offense level as calculated for Counts 1 and 2 is to be reduced to level 38 instead of 40; and therefore, the corrected applicable guideline range for those counts is 292 to 365 months.

      Accordingly, defendant's sentence is reduced on Counts 1 and 2 from 420 months to the midrange of 328 months to run concurrent one with the other.  The previously imposed 84 month consecutive sentence for Count 3 remains in effect resulting in a total sentence of 412 months.  All other aspects of the Judgment and Sentence filed 24 May 2000 (doc 77) shall remain unchanged.

      **ORDERED** this 4th day of May 2005.

                                                  *s/L.A. Collier*
                                                LACEY A. COLLIER
                                    Senior United States District Judge