✎ AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Marvin Bernard Ross | ) | Case No:  3:99cr113-003/LAC |
| | ) | USM No:  04761-017 |
| Date of Previous Judgment:    4 May 2005 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    412    months **is reduced to**    348 months*    .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:    40 | | Amended Offense Level:    36 | |
| Criminal History Category:    III | | Criminal History Category:    III | |
| Previous Guideline Range:    360  to  Life | | Amended Guideline Range:    235  to  293   months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒  The reduced sentence as to Counts 1 and 2 is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III.  ADDITIONAL COMMENTS

Term of imprisonment of 264 months as to Counts 1 and 2, said terms to run concurrently, one with the other. The previously imposed 84 month consecutive sentence for Count 3 remains in effect resulting in a total sentence of 348 months.

Except as provided above, all provisions of the judgment dated  4 May 2005   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    30 April 2008 | *s/L.A. Collier* |
| | Judge's signature |
| Effective Date: _____ | Lacey A. Collier, Senior U.S. District Judge |
| (if different from order date) | Printed  name  and  title |