# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO. 3:99cr113LAC

MARVIN ROSS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __AUGUST 14, 2008__
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on __8/13/08__ Doc.# __99__

RESPONSES:
BY GOVERNMENT _____ on __2/13/09__ Doc.# __102__
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of September, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 98.*

                                               s/*L.A. Collier*
                                               _____
                                               ***LACEY A. COLLIER***
                                               *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.